*W. T. Roberts, J. H. McLarty,* and *J. R. Hutcheson,* contra.

---

### FOSTER *v.* HEARN.

BECK, J. No material error is made to appear in those portions of the court's charge complained of, nor in the rulings of the court touching the admission or exclusion of evidence.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 12, 1915.

Complaint. Before Judge Freeman. Heard superior court. September 26, 1913.

*R. B. Blackburn,* for plaintiff.

*Frank S. Loftin* and *D. B. Whitaker,* for defendant.